UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SCOTT D'AVANZO,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A. ET AL.<br><br>    Defendant. | Case No. SACV 17-00042 AG (DFMx)<br><br>**JUDGMENT** |

The Court enters Judgment for Defendants and against Plaintiff.

Dated: March 2, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT